# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4726
_____

CURTIS L CAIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

July 17, 2019


PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Curtis L Cain, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.